IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HAPAG-LLOYD, A.G., and HAPAG-LLOYD (AMERICA), LLC,

Plaintiffs,

vs.

UNION PACIFIC RAILROAD COMPANY,

Defendant.

8:25CV282

ORDER ON STIPULATION FOR DISMISSAL

This case is before the Court on the parties' Stipulation for Dismissal, signed by counsel for all parties. Filing 24. The parties stipulate to dismissal of this case with prejudice, with each party to bear its own costs. Filing 24 at 1. Accordingly,

IT IS ORDERED that the parties' Stipulation for Dismissal, Filing 24, is accepted, and this case is dismissed with prejudice, with each party to bear its own costs.

Dated this 27th day of February, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1